1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| CHRISTOPHER D. GALAVIZ, | ) Case No.: 1:09-CV-2181 SKO |
|---|---|
| Plaintiff, | ) **ORDER OF DISMISSAL** |
| vs. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

Upon the parties' stipulation, the above captioned matter is dismissed with prejudice, with each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

Dated: __**July 16, 2010**__          __/s/ Sheila K. Oberto__
                                                              UNITED STATES MAGISTRATE JUDGE